**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BOBBI JO SINORACKI, INDIVIDUALLY, AS THE ADMINISTRATRIX OF THE ESTATE OF DAVID SINORACKI, DEC'D, AND AS PARENT AND NATURAL GUARDIAN OF D.S., A MINOR, MADISON SINORACKI, AND MEGAN SINORACKI | : : : : : : : : : : | No. 681 MAL 2023<br><br>Petition for Allowance of Appeal from the Order of the Superior Court |
| v. | : : : | |
| THE CHILDREN'S SERVICE CENTER OF WYOMING VALLEY, KIDSPEACE, KIDSPEACE CHILDREN'S HOSPITAL, INC., KIDSPEACE CORPORATION, KIDSPEACE CORPORATION, KIDSPEACE NATIONAL CENTERS OF PA, INC., KIDSPEACE NATIONAL CENTERS, INC., KIDSPEACE NATIONAL CENTERS, INC., KIDSPEACE SERVICES, INC., KIDSPEACE PSYCHIATRIC HOSPITAL, MUHAMMAD A. KHAN, M.D. | : : : : : : : : : : : : : : | |
| v. | : : : | |
| DIANE HOCKENBERRY AND LEE HOCKENBERRY, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF Z.H., A MINOR | : : : : : : : | |
| PETITION OF: BOBBI JO SINORACKI, INDIVIDUALLY, AS THE ADMINISTRATRIX OF THE ESTATE OF DAVID SINORACKI, DEC'D, AND AS PARENT AND NATURAL GUARDIAN OF D.S., A MINOR, MADISON SINORACKI, AND MEGAN SINORACKI | : : : : : : : : | |
| BOBBI JO SINORACKI, INDIVIDUALLY, AS THE ADMINISTRATRIX OF THE EST. OF | : : | No. 682 MAL 2023 |

DAVID SINORACKI, DEC'D, AND AS PARENT AND NATURAL GUARDIAN OF D.S., A MINOR, M.S. AND M.S.,

        Petitioner

        v.

DIANE AND LEE HOCKENBERRY, INDIVIDUALLY AND AS PARENTS AND NATURAL GUARDIANS OF Z.H., A MINOR,

        Respondent

: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## **ORDER**

**PER CURIAM**

    **AND NOW**, this 28th day of May, 2024, the Petition for Allowance of Appeal is **DENIED**.